GRETCHEN C. von HELMS, ESQ.
California State Bar No. 156518
105 West "F" Street, Suite 306
San Diego, CA 92101-6036
Telephone: (619) 239-1199
Fax: (619) 236-8820
gvh@ronisandronis.com

Attorney at for Defendant
Priscilla Gonzalez

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BERNARD G. SKOMAL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 19-mj-02547-BGS-1 |
| Plaintiff, ) | JOINT MOTION TO MODIFY CONDITIONS OF BOND |
| v. ) | |
| PRISCILLA GONZALEZ, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** and agreed by and between defendant PRISCILLA GONZALEZ, by and through her attorney Gretchen C. von Helms, and the UNITED STATES OF AMERICA, by and through its counsel, Andrew Liao, that the bond set as to Ms. GONZALEZ be modified such that the $30,000 be secured by cash or a corporate surety as opposed to a Trust Deed, as originally set by the Judge, due to the fact that there is no real property owned by any of Ms. GONZALEZ's family to post.

//

//

All other bond conditions are to remain as set.

The parties hereby stipulate and agree to the foregoing:

Dated: June 25, 2019         *s/ Gretchen von Helms*
                             GRETCHEN C. VON HELMS
                             Attorney for Defendant Mr. Gonzalez

Dated: June 25, 2019         *s/ Andrew Liao*
                             ANDREW LIAO
                             Assistant United States Attorney

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.