FILED
JUN 2 5 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BERNARD J. SKOMAL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-mj-02547-BGS-1 |
| Plaintiff, | ORDER |
| v. | |
| PRISCILLA GONZALEZ, | |
| Defendant. | |

IT IS HEREBY ORDERED, based upon the foregoing joint motion and good cause shown, that the bond set as to Ms. GONZALEZ be modified such that the $30,000 be secured by cash or a corporate surety as opposed to a Trust Deed, as originally set. All other conditions to remain as set.

**SO ORDERED.**

Dated: June 25, 2019

HONORABLE BERNARD J. SKOMAL
United States Magistrate Judge