# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER  19mj2547-BGS
                         )
         vs              )   ABSTRACT OF ORDER
                         )
                         )   Booking No. 75983298
                         )
Priscilla Gonzalez       )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6/27/2019__
the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

__✓__ Defendant released on $ __30,000 c/s__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**BERNARD G. SKOMAL**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____   JOHN MORRILL          Clerk
         DUSM            by
                              Deputy Clerk   x7104
                           K. BETANCOURT

Crim-9 (Rev. 8-11)                    ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY